UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED PRESCRIPTION SERVICES, INC.,

    Plaintiff,

v.                                                                                                       CASE NO: 8:06-cv-1706-T-23TGW

ALBERTO R. GONZALES, et al,

    Defendants.
_____/

## **ORDER**

The plaintiff responds (Doc. 13) to an order (Doc. 11) directing the plaintiff to show why this action should not be dismissed for lack of a "case or controversy." The response fails to identify a "case or controversy," but rather identifies the mere prospect of a "case or controversy," which prospect is inadequate to support federal jurisdiction. Accordingly, this action is **DISMISSED**. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on October 2, 2006.

                                                    STEVEN D. MERRYDAY
                                          UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy